# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 15, 2016 | **Time:** 4 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 2:16-cv-02201-VC | **Case Name:** Rasuwl v. Howmedica Osteonics Corp., et al. | |

**Attorney for Plaintiff:** Jonathan Brooks (t)
**Attorney for Defendant:** Wayne Wolff (t)

**Deputy Clerk:** Kristen Melen         **FTR Recording:** Hearing not reported or recorded

## PROCEEDINGS:

Telephonic Initial Case Management Conference - hearing held.

## ORDER AFTER HEARING:

Plaintiff's counsel has filed a motion to withdraw as counsel. Plaintiff plans to represent himself, but was not included in the telephone conference for today. A telephonic further case management conference is scheduled for 11/29/2016, at 2:30 p.m. Both plaintiff and plaintiff counsel are to participate in the call. The proposed schedule in the CMS must be acceptable to Mr. Rasuwl.

\*\*(t)= Telephonic appearance