UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMALIK RASUWL, <br><br>    Plaintiff, <br><br>  v. <br><br>HOWMEDICA OSTEONICS CORP, et al. <br><br>    Defendants. | Case No. 16-cv-02201-VC <br><br>**ORDER REFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA ADR UNIT FOR TELEPHONE CONFERENCE** |

  As discussed at the telephonic case management conference on November 29, 2016, this case is referred to the ADR Unit of the Northern District of California for a telephone conference to take place by January 15, 2017 to assess alternative dispute resolution options. The ADR Unit will notify the parties of the date and time the telephone conference will be held.

  **IT IS SO ORDERED.**

Dated: December 1, 2016

_____
VINCE CHHABRIA
United States District Judge