**SEDGWICK LLP**
WAYNE A. WOLFF, State Bar No. 161351
wayne.wolff@sedgwicklaw.com
DAVID D. MESA, State Bar No. 257488
david.mesa@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
HOWMEDICA OSTEONICS CORP (erroneously sued as "HOWMEDICA OSTEONICS d/b/a STRYKER ORTHOPEDICS"), STRYKER CORPORATION AND STRYKER SALES CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMALIK RASUWL, <br><br> Plaintiff, <br><br> v. <br><br> HOWMEDICA OSTEONICS d/b/a STRYKER ORTHOPEDICS; a New Jersey Corporation; STRYKER CORPORATION; a Michigan Corporation; and STRYKER SALES CORPORATION, a Michigan Corporation, <br><br> Defendants. | CASE NO. 2:16-cv-02201-VC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> Judge:   Hon. Vince Chhabria |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to this action, through their counsel of record, that they are authorized to enter into this stipulation and that pursuant to the provisions of Federal Rule of Civil Procedure 41, the above-captioned case be dismissed "with prejudice" in its entirety. Each party will bear its own costs of this action.

DATED: December 8, 2016 December 7, 2016

By: _____
ALMALIK RASUWL
Plaintiff in Pro Per

DATED: December 15, 2016        SEDGWICK LLP

By: _____
Wayne A. Wolff
Attorneys for Defendants HOWMEDICA OSTEONICS d/b/a STRYKER ORTHOPEDICS; STRYKER CORPORATION; and STRYKER SALES CORPORATION

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned action by Plaintiff Almalik Rasuwl is hereby dismissed in its entirety with prejudice. Each party will bear its own costs of this action.

DATED: December 23, 2016

_____
THE HONORABLE VINCE CHHABRIA,
UNITED STATES DISTRICT COURT, EASTERN DISTRICT